UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES BROOKSHIRE, Plaintiff, v. CARVER, et al., Defendants. | Case No. 2:23-cv-2000-DC-JDP (P) ORDER; FINDINGS AND RECOMMENDATIONS |

Plaintiff filed this action on September 15, 2023. ECF No. 1. After several rounds of screening, I found that his claims against defendants Carver and Montano for excessive force under the Fourteenth Amendment (plaintiff was a pretrial detainee at the time of the incident) were suitable to proceed. ECF No. 13. I recommended that all other defendants be dismissed. *Id.*

After that order and recommendations was entered, it came to my attention that this action was potentially duplicative of another action filed in this court, *Brookshire v. Sacramento County Sheriff's Dep't.*, No. 2:23-cv-2001-DJC-CSK. ECF Nos. 19 & 20. I offered plaintiff a chance to explain why the actions were not duplicative, and he filed a response that shed little light on the matter, ECF No. 21. I have reviewed the docket in the other aforementioned case and find that the claims raised herein are duplicative. Notably, the claims in *Brookshire v. Sacramento County*

*Sheriff's Dep't.,* relate, as here, to an alleged use of excessive force against plaintiff on May 31, 2023. *See* ECF No. 12 at 5; *Brookshire v. Sacramento County Sheriff's Dep't.*, No. 2:23-cv-2001-DJC-CSK at ECF No. 51-1 at 2. Defendants Carver and Montano are also named in the other case.

Accordingly, it is ORDERED that my findings and recommendations at ECF No. 13, are WITHDRAWN.

Further, it is RECOMMENDED that this action be DISMISSED as duplicative of *Brookshire v. Sacramento County Sheriff's Dep't.*, No. 2:23-cv-2001-DJC-CSK.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: July 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE