UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY JAMES BROOKSHIRE,

Plaintiff,

v.

CARVER, et al.,

Defendants.

Case No. 23-cv-2000-DC-JDP (PC)

ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS

(ECF No. 22)

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 22. Plaintiff has filed objections to the findings and recommendations. ECF No. 23.

In his objections, Plaintiff does not object to the magistrate judge's recommendation that his claims of use of excessive force brought against Defendants Jason Carver and Gabriel Montano are duplicative of claims he brought in another case filed in this district, *Brookshire v. Sacramento County Sheriff's Dept*. et al., 2:23-cv-02001-DJC-CSK, which remains pending. ECF No. 23 at 1–2. Rather, Plaintiff objects to dismissal of this action as duplicative of his other

case because two of his claims in this case are not raised in that other case. *Id.* Specifically, Plaintiff wishes to proceed in this case with his second and third "14th Amendment Monell" claims brought against Defendants Sacramento County, Sacramento County Main Jail, and Adult Correctional Health, "to address the negligence in Adult Correctional Health practices and policies." *Id.* at 2. The undersigned notes that those claims were found not to be cognizable by the magistrate judge in the findings and recommendations issued on January 14, 2025, and dismissal of those claims without leave to amend was recommended at that time, ECF No. 13, however those findings and recommendations were withdrawn upon issuance of the pending findings and recommendations recommending that this entire action be dismissed as duplicative. Thus, the court will adopt in part the findings and recommendations and dismiss as duplicative the claims of excessive use of force brought against Defendants Jason Carver and Gabriel Montano, but the court will permit Plaintiff an opportunity to file a fourth amended complaint to cure the deficiencies previously identified by the magistrate judge as to Plaintiff's second and third claims.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 27, 2026, ECF No. 22, are ADOPTED in PART;
2. Plaintiff's claims brought against Defendants Jason Carver and Gabriel Montano are DISMISSED as duplicative of his claims in *Brookshire v. Sacramento County Sheriff's Dept*. et al., 2:23-cv-02001-DJC-CSK;
3. Plaintiff shall file either a fourth amended complaint as provided in this order or a notice of his intention not to file a fourth amended complaint, within thirty (30) days from the date of this order;
4. Plaintiff is cautioned that his failure to file a fourth amended complaint will result in

dismissal of this action;

5. The Clerk of the Court is directed to update the docket to reflect that Defendants Jason Carver and Gabriel Montano have been dismissed from this action; and

6. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 30, 2026**

Dena Coggins
United States District Judge